IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Raymond Edward Chestnut, #13465-171, | ) ) ) | C/A No.: 1:12-121-RBH-SVH |
| Petitioner, | ) ) | |
| vs. | ) ) | ORDER |
| Darlene Drew Warden, FCI Bennettsville, | ) ) ) ) | |
| Respondent. | ) ) | |

    This is an action seeking habeas corpus relief under 28 U.S.C. § 2241. Petitioner is a prisoner. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

    By order dated February 3, 2012, Petitioner was given a specific time frame in which to bring this case into proper form. Petitioner has complied with the court's order, and this case is now in proper form.

    Petitioner has requested to proceed without prepaying the filing fee by filing an Application to Proceed without Prepayment of Fees and Affidavit (Form AO-240) which is construed as a Motion for Leave to Proceed *in forma pauperis*. Based on a review of the Motion, Petitioner's request to proceed *in forma pauperis* is **granted**.

**TO THE CLERK OF COURT:**

    The Clerk of Court shall not serve the § 2241 Petition upon Respondent because the Petition is subject to dismissal.

    IT IS SO ORDERED.

April 9, 2012Shiva V. Hodges
Columbia, South CarolinaUnited States Magistrate Judge